IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ASHUTOSH UPADHYAY**                                             **PLAINTIFF**

**V.**                                                                  **NO: 3:23-CV-041-GHD-RP**

**ELITE ADVANCED POLYMERS, INC.**                   **DEFENDANT**

## **ORDER**

Before this Court is the Stipulation of Voluntary Dismissal With Prejudice [33] wherein the parties stipulate that this matter has been resolved. The parties agree that this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

SO ORDERED, this the ___ day of March, 2024.

                                                       _____
                                                       SENIOR U.S. DISTRICT JUDGE